ABATE, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.; Merrell and Greenbaum, JJ., dissenting.

BROOKLYN MAJESTIC THEATRE COMPANY, Respondent, v. VITAGRAPH COMPANY OF AMERICA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.; Greenbaum, J., dissenting.

ISAAC MENDELSON, Doing Business under the Trade Name and Style of ISAAC MENDELSON Co., Respondent, v. JULIUS G. KUGELMAN and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MANDEL GOTTESMAN and Another, Respondents, v. FURNESS, WITHY & COMPANY, LTD., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, Respondent, to Certain Lands and Premises Situated on the Southerly Side of Jennings Street, between Union Avenue and Prospect Avenue, Twenty-third Ward, Borough of The Bronx, City of New York, Duly Selected as a Site for School Purposes According to Law. PAM REALTY COMPANY, Appellant.— Final decree affirmed, with costs. No opinion. · Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE SNARE & TRIEST COMPANY, Respondent, v. THE GLOBE INDEMNITY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of the Application of KATHERINE Fox, Individually and as Administratrix of the Estate of ALBERT M. Fox, Deceased, Respondent, for a Construction of the Last Will and Testament of KATE WISWALL GOODWIN, Deceased. FLOYD H. Fox, Individually and as Administrator, etc., and Others, Appellants.— Decree affirmed, with costs to all parties payable out of the estate. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MOODY ENGINEERING Co., INC., Respondent, v. CATALANA DE GAS Y ELECTRICIDAD, S. A., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant, on payment of said costs and ten dollars costs of motion at Special Term, to apply at Special Term for permission to withdraw demurrer and to answer upon making proof of merits. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HELEN LAWRENCE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JULIUS BRAUNSTEIN, Respondent, v. ABRAHAM WOLFF and Others, Impleaded with MARYLAND CASUALTY COMPANY and Others, Appellants.—